IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANDRZEJ BOBEL<br>*Plaintiff* | §<br>§<br>§ | |
| vs. | § | Case No. 1:10-cv-01913 |
| TELE-CONS, INC. | §<br>§<br>§ | |
| and | §<br>§ | |
| MICHAEL MOISIN<br>*Defendants* | §<br>§ | |

## NOTICE OF DISMISSAL WITH PREJUDICE OF
## DEFENDANTS TELE-CONS, INC. AND MICHAEL MOISIN

COME NOW Plaintiff, Andrzej Bobel ("Plaintiff"), and pursuant to Rule 41(a) of FED. R. CIV. P. makes and files its Notice of Voluntary Dismissal With Prejudice of Defendants Tele-Cons, Inc., and Michael Moisin ("Tele-Cons"). Plaintiff hereby gives notice to the Court and the other parties of Plaintiff's voluntary dismissal of Tele-Cons. Tele-Cons has not answered and has not filed a motion for summary judgment. Therefore, under Federal Rule of Civil Procedure 41, this notice is effective to dismiss Plaintiff's claims against Tele-Cons with prejudice.

Dated: February 7, 2011                                     Respectfully submitted,

_____
John R. Fuisz
Sudip K. Kundu
THE FUISZ-KUNDU GROUP LLP
1455 Pennsylvania Ave., N.W.
Suite 400
Washington, D.C. 20004
T. 202.621.1889
F. 202.652.2309

Counsel for Plaintiff Andrzej Bobel